FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

RECEIVED
SEP 02 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Nathaniel Stahler 01-300371

(Enter above the full name of the plaintiff in this action)

COMPLAINT

V.

Civil Action No. _____

Warden Michael Kelly
Lisa Streckler Aramark Kitchen Superintendent
Deputy Warden Bruce Carber

(To be supplied by the Clerk of the Court)

4) Atlantic County Board of Chosen Freeholders

5) Atlantic County Justice Facility Medical Dept.

(Enter the full name of the defendant of defendants in this action)

INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.   ==If you cannot prepay the $402.00 fee==, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.   ==If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed==. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

   √   42 U.S.C. §1983 (applies to state prisoners)

   ___   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

1b.   Indicate whether you are a prisoner or other confined person as follows:

   √ Pretrial detainee

   ___ Civilly-committed detainee

   ___ Immigration detainee

   ___ Convicted and sentenced state prisoner

   ___ Convicted and sentenced federal prisoner

   ___ Other: (please explain)_____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): __NA__

Defendant(s): __NA__

b. Court and docket number: __NA__

c. Grounds for dismissal: ( ) frivolous   ( ) malicious

( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: __NA__

e. Approximate date of disposition: __NA__

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? __Atlantic County Justice Facility Mays Landing NJ 08330__

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: __Nathanael Stahler 01-300371__

Address: 5060 Atlantic Ave Mays Landing, NJ 08330

Inmate #: 01-300371

b. First defendant:

Name: Michael Kelly

Official position: Warden

Place of employment: Atlantic County Justice Facility Mays Landing, NJ 08330

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

I exhausted all my remedies, and grievances followed all procedures and to know avail. Nothing has changed. This Jail is Overcrowded, and Understaffed Causing an Unsafe institution. As overseer of the Jail he failed and continues to fail and operate a Jail safely.

c. Second defendant:

Name: Lisa Streckler

Official position: Supervisor Kitchen intendent

Place of employment: (Aramark) Atlantic County Justice Facility Mays Landing NJ 08330

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Tray portions are inadequate, and dont meet National diet Standards. Causing Significant weight and muscle loss. Fatigue, dizziness, mental distress. Since April 15 2025 I've lost 15 lbs and, still losing weight. Trays are never the right amount of portions on a daily Consistant basis.

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

NAME 3) Bruce Carber
Official Position: Deputy Warden
Place of employment: Atlantic County Justice Facility Mays Landing, NJ 08330

How is this Person involved in the case?
I exhausted all my remidies, and grievances followed all procedures, and to know avail. This Jail is Overcrowded, and Understaffed Causing an unsafe institution. As overseer of the Jail he failed, and continues to fail and operate this Jail Safely.

4) NAME: Atlantic County Board of Chosen Freeholders
Official Position: Freeholders
Place of Employment: Atlantic County Justice Facility Mays Landing NJ 08330

How is this person involved in the Case?
They are responsible for Funding the operation of the Atlantic County Justice Facility and for taking all other Actions/Necessary for the operation of this Facility. Required to collect and Expend revenue to do so.

5) NAME: Atlantic County Justice Facility Medical Dept.
Official Position: Medical Staff
Place of employment: Atlantic County Justice Facility 5060 Atlantic Ave Mays Landing, NJ 0833

How is this person involved in the Case?
Constant insubordinance. Medical Slips are dropped on a daily basis about weight weight loss, Fatigue, and dizziness, and are disregarded or thrown away. They Know the weight loss is from protein deprivation. One medical staff with the red hair nurse told me to stop smoking K2 and selling your trays. Rob told me that Weight Watchers don't have anything on Atlantic County Justice Faci

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes      ___ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   Relief forms, and grievance forms have been filled out, and nothing has changed. We recieve answers like were understaffed. I have written many letters to the warden, and no change.

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   _____
   _____
   _____
   _____

6. Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   1) Failed and continue to fail to provide adequate food portions since April 15, 2025. Lisa Strekler as Kitchen Sponsor of (Aramark) deliberately denied us access to a 2100 Calorie diet since commitment date. As a result of the deprivation of food. I have suffered substantial weight and muscle loss me personally 15 lbs in 4 months, and dropping. I instituted Complaints with medical staff requesting to be weighed, and to be set up for Lab work Completed as well.

The nurse pratitioner told me my diagnosis for losing weight was from protein deprivation, and was told to order commissary. Plantiff brings the action against defendants County of Atlantic. Acting through the Atlantic County Board of Chosen Freeholders, Warden Michael Kelly, Deputy Warden Bruce Carber, Lisa Streckler (ARAMARK) Kitchen Superintendent, and also the Atlantic County Justice Facility Medical department. Alleging that the conditions of Confinement at the Atlantic County Justice Facility have violated plaintiff rights to be free from, and to be protected against punishment without due process of law. (2) Plaintiff here and after the inmate alleges the defendants are charged with a duty of operating the Justice Facility, and with providing for the health and safety of these inmates. Atlantic County is empowered by the laws of New Jersey to operate this facility and is required to collect and expend revenue to do so. (3) Atlantic County Board of Chosen Freeholders on behalf of Atlantic County are responsible for funding the operation and of the Atlantic County Justice Facility, and for taking All other actions necessary for the safe operation of this facility. I further Allege that this facility is understaffed, and overcrowded making this facility not safe, and don't operate law abidingly. Medical department commits malpractice everyday. Help us please.

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

To stop engaging in unlawful behavior EX: Deprivation of food. Stop denying us meaningful Recreation; Outside recreation or gymnasium. Medical Staff adhere to our complaints. Declatory relief to declare some behavior as being unlawful.

Monetary damages - Compensatory damages. punative damages - punishment leave up to courts. Preferably $250,000

8. Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of August, 2025

Nathanael Stahler

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).